Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com
Attorneys for Defendant
Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUANITA N. AKINS,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., d/b/a<br>SAM'S CLUB OF FAIRBANKS, STORE<br>#6603,<br><br>            Defendant. | Case No. 4:12-cv-00018-RRB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW plaintiff and defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

DATED: 2-23-2013    By: _____
                                            Juanita N. Akins, Pro Se

                                            RICHMOND & QUINN
                                            Attorneys for Defendant

DATED: 3-8-2013    By: _____
                                            Kenneth M. Gutsch
                                            Alaska Bar No. 8811186

2245.045/Pld/Stip for Dismissal